538 A.2d 1335

**Samuel B. McCARTER, Leo Levine and Olive M. Heck, Appellants,**

**v.**

**Merle B. MITCHAM and Butcher & Singer, Inc., Appellees,**

**v.**

**Thomas GABRESKI and Walter C. Shattenburg, Appellees.**

Supreme Court of Pennsylvania.

Argued March 7, 1988.

Decided March 21, 1988.

Irving Murphy, T. Warren Jones, MacDonald, Illig, Jones & Britton, Erie, for appellants.

Edward C. Mengel, Jr., Mark S. Gurevitz, White and Williams, Philadelphia, for Merle B. Mitcham and Butcher & Singer, Inc.

Richard W. Kooman, II, Clarion, for Gabreski and Shattenberg.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.